FILED

2015 APR 24 PM 2:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SACHIN KUMAR,<br>aka "Sonny Kumar," and<br>VIPIN KUMAR,<br>aka "Vic Kumar,"<br>Defendants. | CR No. 15-CR15-0228<br>INDICTMENT<br>[18 U.S.C. § 371: Conspiracy; 7 U.S.C. § 2024(b)(1): Food Stamp Fraud; 18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A. INTRODUCTORY ALLEGATIONS

1. At all times relevant to this Indictment:

Food Stamp Program

a. The United States Department of Agriculture ("USDA"), Food and Nutrition Service was a federal agency responsible for the administration and implementation of the Supplemental Nutrition Assistance Program (the "SNAP"), formerly the Food Stamp Program.

RAC

b. The purpose of the SNAP was to provide low-income households with funds to purchase eligible food items for human consumption. This purpose was implemented, in part, by providing SNAP benefits to SNAP recipients via Electronic Benefit Transfer ("EBT") cards that could be used to buy eligible food at authorized stores. SNAP benefits could lawfully be used to purchase eligible food items only; they could not be used to purchase alcoholic beverages, tobacco products or other non-food or ineligible items. SNAP benefits could not lawfully be exchanged for cash.

c. SNAP recipients obtained SNAP benefits using EBT cards. An EBT card, similar to an ATM card, was issued in the name of the individual SNAP recipient. Assigned to the card was a personal identification number ("PIN") known to the card holder. Each EBT card had a magnetic strip containing electronically coded information associated with the particular SNAP recipient/card holder including the dollar amount of the benefits to which he or she was entitled. On a monthly basis, SNAP benefits would be credited electronically to an account associated with a recipient's EBT card.

d. When a recipient sought to purchase eligible food items using an EBT card at an authorized store, a store cashier or the recipient would "swipe" or pass the recipient's EBT card through a point of sale terminal ("POS terminal") located at the store's checkout counter, and the recipient would enter his or her PIN into a keypad on the POS terminal in order to authorize the eligible food item purchase and allow the deduction of the corresponding amount of SNAP benefits from the recipient's account.

e. Once an EBT card was swiped through a POS terminal and the PIN was entered, the transaction was either approved or rejected.

If a transaction was approved, SNAP benefits in the amount of the transaction would be debited from the recipient's account, and a wire transfer of the same amount would be made into a designated bank account of the authorized food retailer to whom the POS terminal was registered.

f. A third-party company -- ACS State and Local Solutions, Inc. ("ACS") (acquired by Xerox Company in February 2010) -- administered the delivery, redemption, and reconciliation of SNAP benefits. As part of the process for delivering and redeeming benefits, each time an EBT card was swiped through a POS terminal and the associated PIN was entered, the POS terminal communicated electronically with servers that ACS maintained in Texas. Thus, each time an EBT card was swiped through a POS terminal in California and the associated PIN was entered, a wire communication was sent from the California POS terminal to ACS's servers in Texas.

Defendants SACHIN KUMAR and VIPIN KUMAR

g. Defendants SACHIN KUMAR, also known as ("aka") Sonny Kumar ("S. KUMAR"), and VIPIN KUMAR, aka Vic Kumar ("V. KUMAR"), were brothers who were each residents of Los Angeles County, within the Central District of California.

h. Defendants S. KUMAR and V. KUMAR each worked at Food Market, a convenience store owned by their father.

i. Defendants S. KUMAR and V. KUMAR were the only employees of Food Market authorized to work the cash register and check out customers.

Food Market

j. Food Market was located in Panorama City, California, in Los Angeles County, within the Central District of California.

k. Food Market employees were authorized to redeem SNAP benefits in exchange for eligible food items. Food Market employees were not authorized to exchange SNAP benefits for cash.

B. THE OBJECTS OF THE CONSPIRACY

2. Beginning on a date unknown but no later than in or about May 2010 and continuing through in or about May 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendants S. KUMAR and V. KUMAR, together with others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed with each other to commit the following offenses against the United States:

a. Food Stamp Fraud, in violation of Title 7, United States Code, Section 2024(b); and

b. Wire Fraud, in violation of Title 18, United States Code, Section 1343.

C. THE MANNER AND MEANS OF THE CONSPIRACY

3. The objects of the conspiracy were carried out, and were to be carried out, in substance, as follows:

a. Defendants S. KUMAR and V. KUMAR would receive requests from Food Market customers to exchange SNAP benefits for cash.

b. Knowing that it was unlawful to exchange SNAP benefits for cash, defendants S. KUMAR and V. KUMAR would respond to these customers' requests by agreeing to exchange a portion of the SNAP benefits that would be redeemed by the customer for cash.

c. Defendants S. KUMAR and V. KUMAR would "swipe" or pass the customer's SNAP EBT card through Food Market's POS terminal and enter an amount in excess of the retail price of the eligible food items that the customer was seeking to purchase.

d. Defendant S. KUMAR's and V. KUMAR's swiping of the SNAP EBT cards would cause a wire communication to be made from the Food Market POS terminal in California to ACS's servers in Texas.

e. Once the transaction was approved, defendants S. KUMAR and V. KUMAR would provide the customer with a portion of the excess amount in cash, and a wire transfer would subsequently be made to a Food Market bank account, for which defendants S. KUMAR and V. KUMAR had signing authority.

D. <u>OVERT ACTS</u>

4. In furtherance of the conspiracy and to accomplish its objects, defendants S. KUMAR and V. KUMAR, together with others known and unknown to the Grand Jury, committed and caused others to commit the following overt acts:

<u>Overt Act No. 1</u>: On or about May 21, 2010, defendant S. KUMAR purchased and caused to be purchased approximately $103.54 in SNAP benefits from an EBT card provided by an undercover agent ("UC-1") in exchange for approximately $60.00 in cash.

<u>Overt Act No. 2</u>: On or about May 27, 2010, defendant S. KUMAR purchased and caused to be purchased approximately $103.19 in SNAP benefits from UC-1's EBT card in exchange for approximately $60.00 in cash.

<u>Overt Act No. 3</u>: On or about June 23, 2010, defendant S. KUMAR purchased and caused to be purchased approximately $163.68 in

SNAP benefits from UC-1's EBT card in exchange for approximately $100.00 in cash.

Overt Act No. 4: On or about July 14, 2010, defendant S. KUMAR purchased and caused to be purchased approximately $173.54 in SNAP benefits from UC-1's EBT card in exchange for approximately $100.00 in cash.

Overt Act No. 5: On or about March 8, 2011, defendant V. KUMAR purchased and caused to be purchased $172.49 in SNAP benefits from UC-1's EBT card in exchange for approximately $85.00 in cash.

Overt Act No. 6: On or about October 25, 2011, defendant S. KUMAR purchased and caused to be purchased $71.11 in SNAP benefits from UC-1's EBT card in exchange for approximately $40.00 in cash.

Overt Act No. 7: On or about April 19, 2012, defendant V. KUMAR purchased and caused to be purchased $91.42 in SNAP benefits from UC-1's EBT card in exchange for approximately $50.00 in cash.

COUNTS TWO THROUGH EIGHT

[7 U.S.C. § 2024(b)(1), 18 U.S.C. § 2(a)]

5. The Grand Jury hereby realleges and incorporates by reference paragraphs 1, 3 and 4, including all subparagraphs, as if fully set forth herein.

6. On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendants S. KUMAR and V. KUMAR, together with others known and unknown to the Grand Jury, aiding and abetting one another, knowingly used, acquired, and possessed, and caused to be used, acquired and possessed, SNAP EBT cards and access devices having a value of more than $100, in a manner not authorized by Title 7, United States Code, Chapter 51, and the regulations issued pursuant thereto (Title 7, Code of Federal Regulations, Subchapter C), knowing that the use, acquisition, and possession was unauthorized and unlawful. Specifically, defendants S. KUMAR and V. KUMAR knowingly and unlawfully purchased and caused to be purchased SNAP benefits having the approximate face values identified below, in exchange for cash in the approximate amounts identified below:

| COUNT | DATE | EBT AMOUNT | CASH AMOUNT |
|---|---|---|---|
| TWO | 5/21/10 | $103.54 | $60.00 |
| THREE | 5/27/10 | $103.19 | $60.00 |
| FOUR | 6/23/10 | $163.68 | $100.00 |
| FIVE | 7/14/10 | $173.54 | $100.00 |
| SIX | 3/8/11 | $172.49 | $85.00 |
| SEVEN | 10/25/11 | $71.11 | $40.00 |
| EIGHT | 4/19/12 | $91.42 | $50.00 |

COUNTS NINE THROUGH FIFTEEN

[18 U.S.C § 1343, § 2(a)]

A. INTRODUCTION

7. The Grand Jury hereby realleges and incorporates by reference paragraphs 1, 3 and 4, including all subparagraphs, as if fully set forth herein.

B. SCHEME TO DEFRAUD

8. Beginning on a date unknown but no later than in or about May 2010 and continuing through in or about May 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendants S. KUMAR and V. KUMAR, together with others known and unknown to the Grand Jury, aiding and abetting one another, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud the USDA as to material matters, and to obtain money and property from the USDA by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts, as described in paragraphs 1, 3 and 4 of this Indictment.

C. USE OF THE WIRES

9. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants S. KUMAR and V. KUMAR for the purpose of executing and attempting to

//

//

//

//

//

//

execute the fraudulent scheme described above, transmitted, and caused the transmission of, and aided and abetted the transmission of, the following items by means of wire and radio communication in interstate and foreign commerce:

| COUNT | DATE | ITEM WIRED |
|---|---|---|
| NINE | 5/21/10 | Request for authorization of $103.54 transaction from EBT account of UC-1, sent from POS terminal at Food Market in Panorama City, California, to a server that ACS maintained in Texas |
| TEN | 5/27/10 | Request for authorization of $103.19 transaction from EBT account of UC-1, sent from POS terminal at Food Market in Panorama City, California, to a server that ACS maintained in Texas |
| ELEVEN | 6/23/10 | Request for authorization of $163.68 transaction from EBT account of UC-1, sent from POS terminal at Food Market in Panorama City, California, to a server that ACS maintained in Texas |
| TWELVE | 7/14/10 | Request for authorization of $173.54 transaction from EBT account of UC-1, sent from POS terminal at Food Market in Panorama City, California, to a server that ACS maintained in Texas |
| THIRTEEN | 3/8/11 | Request for authorization of $172.49 transaction from EBT account of UC-1, sent from POS terminal at Food Market in Panorama City, California, to a server that ACS maintained in Texas |
| FOURTEEN | 10/25/11 | Request for authorization of $71.11 transaction from EBT account of UC-1, sent from POS terminal at Food Market in Panorama City, California, to a server that ACS maintained in Texas |

| COUNT | DATE | ITEM WIRED |
|---|---|---|
| FIFTEEN | 4/19/12 | Request for authorization of $91.42 transaction from EBT account of UC-1, sent from POS terminal at Food Market in Panorama City, California to a server that ACS maintained in Texas |

A TRUE BILL

______________________________
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RICHARD E. ROBINSON
Assistant United States Attorney
Chief, Major Frauds Section

RANEE A. KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

KERRY L. QUINN
Special Assistant United States Attorney
Major Frauds Section